## Commonwealth *v.* Breon et al., Appellants.

Submitted December 9, 1970. *Thomas E. Sterling,* for appellants; *Charles C. Brown, Jr.,* District Attorney, for Commonwealth, appellee.

Judgments of sentence affirmed.

## Commonwealth *v.* Brown, Appellant.

Argued December 9, 1970. *Joseph J. Lombardo,* with him *Lombardo & Hummer,* for appellant; *James F. Heinly,* Assistant District Attorney, with him *Clarence C. Newcomer,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.